JS6

1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11  JUAN ENRIQUE GARCIA,                )    Case No. SACV 07-483-GPS (OP)

12                   Petitioner,        )    J U D G M E N T

13        vs.                           )

14  D. ADAMS, Warden,                   )

15                   Respondent.        )

16  _____ )

17        Pursuant to the Order Adopting Findings, Conclusions, and

18  Recommendations of the United States Magistrate Judge,

19        IIT IS ADJUDGED that (1) approving and adopting this Report and

20  Recommendation; (2) granting Respondent's Motion to Dismiss; and (3) directing

21  / / /

22  / / /

23  / / /

24

25

26

27

28

1   that Judgment be entered denying the Petition and dismissing this action with

2   prejudice.

3

4

5

6 DATED: ___1/14/08___

HONORABLE GEORGE P. SCHIAVELLI
United States District Judge

7

8

9 Prepared by:

10

11 HONORABLE OSWALD PARADA
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28